# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

CRUZ M. ELLIS,                                                              Civil No. 06-4573 (JRT/FLN)

          Plaintiff,

v.                                                                                                            **ORDER**

FLEMING COMPANIES INC.,

          Defendants.

---

     Michael M. Bader, **KAMPMEYER KRONSCHNABEL BADER & DALY**, 386 North Wabasha Street, Suite 1500, St. Paul, Minnesota 55102, for plaintiff.

     Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 3, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that this case is dismissed for lack of prosecution.

DATED:  May 29, 2007                                         s/John R. Tunheim
at Minneapolis, Minnesota.                                  JOHN R. TUNHEIM
                                                              United States District Judge